**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**vs.** **CRIMINAL ACTION NO. 3:20-CR-097-CRS**

**CLAARENCE CARPENTER** **DEFENDANT**

**ORDER REMANDING**
**FINAL PRETRIAL CONFERENCE**

This matter is currently scheduled for a Final Pretrial Conference on February 8, 2022 (DN 36). Copies of a proposed Juror Questionnaire and cover letter were emailed to counsel for review. The Order setting the Final Pretrial Conference advised the parties that should there be no objections to the Questionnaire and no other matters to address prior to the trial, the parties should contact the undersigned's case manager to request the conference be cancelled. *Id*. Both the United States and counsel advised case manager, Renee Koch, that they have no objections to the questionnaire and no other issues that need to be addressed prior to the trial. By agreement of the parties and the Court having been otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Final Pretrial Conference currently scheduled for February 8, 2022, is **REMANDED** from the Court's docket.

February 8, 2022

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record